IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:13CR00174-004** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TINA MILECA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on August 28, 2015 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of probation. The defendant was present and represented by Attorney James M. Campbell. The original violation report was referred to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was issued on July 28, 2015 [Doc. No. 114]. No objections having been filed, the Court adopted the Report and Recommendation and found the following terms of probation had been violated:

        1) Failure to report a change of address;

        2) Failure to submit monthly reports;

        3) Failure to pay restitution;

        4) Failure to notify change of employment;

        5) Failure to obtain GED.

The Court found the violations to be Grade C and the defendant's Criminal History Category to be II.  Defendant's probation was continued as earlier imposed with the additional condition that the defendant serve a 30-day period of home confinement.

IT IS SO ORDERED.


Dated: August 31, 2015                       *s/    James S. Gwin*
                                                                       JAMES S. GWIN
                                                                       UNITED STATES DISTRICT JUDGE